**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN STEWART,<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, ET AL.,<br><br>    Defendants. | CASE NO. CV 09-00766 GHK (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts its findings and recommendations.

DATED: 7/30/09

                      _____
                        GEORGE H. KING
                      UNITED STATES DISTRICT JUDGE